R. G. PETERS v. T. J. DUKE, COUNTY JUDGE.

(No. 2306, R. Book No. 4, p. 268.)

APPEAL from Hood County.   Opinion by WHITE, P. J.

§ 304. *Bond for hire of county convicts, suit on; disqualification of judge.* In a suit upon a bond executed under the provisions of art. 3604, Rev. Stats., for the hire of a county convict, the county judge has no such interest in the suit as would disqualify him from trying the cause.

§ 305. *Hirer; his liability, when fixed.* The hirer of a convict is not liable upon his bond, where convict has escaped, for the amount of the bond, or any part thereof, until the bond becomes due; because he may, by terms of the statute, if he re-arrests the convict before the bond becomes due, so fix his liability as to limit it to the pay due only for the time that such convict remained with him [Rev. Stats. art. 3605], and a suit brought upon such bond, before its maturity, is prematurely brought, and cannot be maintained.

December 21, 1882.          Reversed and remanded.